# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HONORABLE: David L. Horan
DEPUTY CLERK: S. Todd
LAW CLERK: _____
INTERPRETER: _____

PRESIDING: _____
COURT REPORTER/TAPE NUMBER: FTR
USPO: _____
Date: 6/24/2016

Cr.No. 3:16-cr-00242-M

UNITED STATES OF AMERICA

v.

CHRISTINA BRUFFY (2)

DEFT. No. _____

Nicole Dana for
Andrew Wirman, AUSA

Cody Skipper
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1 min

Trial Status:  ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered
☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial: _____

Hearing Concluded:   ☐ Yes   ☐ No

☐ Defendant SWORN.
☑ Arraignment   ☐ Rearraignment – Held on Count(s) 1, 3
of the 12 count(s)   ☑ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint
☐ Sentencing Guidelines                                                                 ☐ Superseding Information
☑ Deft enters a pleas of   ☑ Not Guilty   ☐ Guilty   ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted      ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set   Date: _____   Time: _____
☐ Trial set for   Date: _____   Time: _____
   Pretrial motions due: _____   Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____
☐ Deft Bond   ☐ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond   ☐ continued   ☐ forfeited
☑ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 24 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy