ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

'16 JUL 22 PM 3:46

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:16-cr-242 |
| CHRISTINA BRUFFY (2)<br>aka "Christine Bruffy" | |

## FACTUAL RESUME

**INDICTMENT:** Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), distribution of a controlled substance.

**ELEMENTS OF THE OFFENSE:** In order to establish the crime of distribution of a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), as set out in Count 3 of the Indictment, the Government must prove the following elements beyond a reasonable doubt:

*First*: That the defendant, or a person he/she was aiding and abetting, knowingly and intentionally distributed a controlled substance; and

*Second*: That the substance was in fact methamphetamine.[1]

**STIPULATED FACTS:**

During the conspiracy period charged in the indictment, in the Dallas Division of the Northern District of Texas, Christina Bruffy, aided and abetted by others, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §

---

[1] Fifth Circuit Pattern Jury Charge (Criminal Cases), 2.95 (Modified).

**Factual Resume – Page 1**

841(a)(1) and (b)(1)(C).

More specifically, on or about March 30, 2016, Bruffy, aided and abetted by other coconspirators, supplied a confidential informant and a Dallas Police Department undercover officer with approximately 60 grams of methamphetamine. ~~Bruffy agrees and stipulates that all of the firearms and ammunition listed in the forfeiture count of the indictment were used to further drug-trafficking activities and that the United States currency listed in the forfeiture count of the indictment represents proceeds of drug-trafficking activities~~. She further agrees and stipulates that she is responsible for *at least* 60.66 grams of methamphetamine.

AGREED TO AND SIGNED on this ___19th___ day of ___July___ 2016.

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
ANDREW O. WIRMANI
Assistant United States Attorney

_____
CHRISTINA BRUFFY
Defendant

_____
CODY L. SKIPPER
Attorney for Defendant

Factual Resume - Page 2