IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:3:16-CR-242-M (02) |
| | ) | |
| CHRISTINA BRUFFY, | ) | |
|     Defendant. | ) | |

## SCHEDULING ORDER FOR SENTENCING

Should counsel for the defendant desire to be present for the initial interview between the defendant and the probation officer, counsel must arrange to do so within three government business days from the date of this order.

The Presentence Report must be disclosed to the Court, the defendant, defendant's counsel, and the attorney for the Government, via electronic filing, **by November 8, 2016**. Probation shall submit the original paper copy of the Presentence Report to the Court within three (3) days of electronic filing.

Written objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report, must be electronically filed **November 22, 2016**. **IF THEY HAVE NO OBJECTIONS, BOTH THE GOVERNMENT AND THE DEFENDANT ARE REQUIRED TO FILE A WRITTEN STATEMENT STATING THEY HAVE NO OBJECTIONS.**

If written objections to the Presentence Report have been timely made, the Probation Office must electronically file any addendum to the Presentence Report **by November 29, 2016**.

Written objections to this addendum must be electronically filed **by December 6, 2016**.

Sentencing of the Defendant is **SET** for **Friday, January 6, 2017, at 9:00 a.m.**

Any motions for downward departure must now be electronically filed **on or before December 29, 2016.** Sentencing memoranda and character letters shall be received by the Court **on or before December 29, 2016**; however, they should not be electronically filed, but emailed directly to the Court

Coordinator, Lori Anne Greco, at lori_greco@txnd.uscourts.gov, or mailed or hand delivered. No courtesy copies are required.

If, during the presentence report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

Questions relating to this Order are to be directed to Ms. Lori Anne Greco, Courtroom Deputy (214/753-2421).

SO ORDERED.

DATED: August 29, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE